UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERVIN A. BABALOLA,

    Plaintiff,

v.   CASE NO: 8:14-cv-101-T-26MAP

WAL-MART STORES EAST, LP,
d/b/a WAL-MART SUPERCENTER STORE #1390,

    Defendant.
_____/

**O R D E R**

Upon due and careful consideration of the procedural history of this case, it is ordered and adjudged that the Defendant's Motion to Compel Discovery (Dkt. 20) is denied without prejudice for failure to comply with Local Rule 3.01(g).  This Court requires counsel to confer *personally* before filing a motion to compel.  Counsel are directed to confer *personally* within the next three (3) days in a good faith effort to resolve this discovery issue without further Court intervention.  In the event the parties are unable to resolve this issue and the Defendant is required to file another motion to compel, counsel are put on notice that the Court will direct an expedited response to the motion and schedule an expedited hearing.  Counsel are further put on notice that any counsel or party determined to not have acted in good faith will face sanctions.

    **DONE AND ORDERED** at Tampa, Florida, on July 8, 2014.

                                  s/*Richard A. Lazzara*
                                **RICHARD A. LAZZARA**
                                **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record