UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERVIN A. BABALOLA,

    Plaintiff,

v.                                                      CASE NO: 8:14-cv-101-T-26MAP

WAL-MART STORES EAST, LP, d/b/a
Wal-Mart Supercenter Store # 1390,

    Defendant.
_____/

## O R D E R

**UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case, it is ordered and adjudged that the Defendant's Amended Motion for Summary Judgment (Dkt. 41) is stricken *sua sponte* pursuant to paragraph 6(g) of the Court's Case Management and Scheduling Order entered February 26, 2014, at docket 17, for failure to comply with paragraph 6(b) of that order.

**DONE AND ORDERED** at Tampa, Florida, on November 15, 2014.

                                                  s/*Richard A. Lazzara*
                                                  **RICHARD A. LAZZARA**
                                                  **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record